IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV203-MU

| | |
|---|---|
| AMERICAN CASUALTY INSURANCE COMPANY OF READING, PA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) ORDER |
| CHOATE CONSTRUCTION COMPANY and T.C. ARROWPOINT, L.P., | ) ) ) |
| Defendants. | ) ) ) |

    This matter is before the court upon Plaintiff's Motion to Lift Stay, filed April 6, 2005. This action was originally stayed by Order upon request of the parties on July 9, 2004. Defendant Choate Construction Company opposes lifting the stay but does not provide the court with a valid basis upon which to deny the motion. Accordingly,

    IT IS THEREFORE ORDERED that Plaintiff's Motion to Lift Stay is hereby GRANTED.

**Signed: May 9, 2005**

Graham C. Mullen
Chief United States District Judge