IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N.C.
SEP 26 2005
Clerk, U. S. Dist. Court
Dist. of N. C.

| | |
|---|---|
| AMERICAN CASUALTY INSURANCE COMPANY OF READING, PA,  )<br><br>Plaintiff )<br><br>vs. )<br><br>CHOATE CONSTRUCTION COMPANY )<br>and TC ARROWPOINT, L.P., )<br><br>Defendants ) | DOCKET NO. 3:04-CV-203<br><br><br><br><br><br><br><br>**ORDER ADMITTING**<br>**F. BARRY McCABE TO**<br>**PRACTICE *PRO HAC VICE*** |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Defendant Choate Construction Company and payment of the $100.00 admission fee on behalf of the applicant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that F. Barry McCabe be admitted to practice *pro hac vice* before this Court in order to represent Defendant Choate Construction Company in the above-captioned case.

IT IS SO ORDERED this 29th day of September, 2005.

_____