# United States District Court
## *Western District of North Carolina*

RECEIVED
SEP 2 6 2005
U.S. Dist. Court
of N.C.

American Casualty Co. of Reading, PA,
Plaintiff

Case No. __3-04-CV-203__

v.

National Union Fire Insurance Co., et al.,
Defendant

Appearing on behalf of

__Defendant__
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.1 admission *pro hac vice* have been satisfied, ***Petitioner's*** request to appear *pro hac vice* in the United States District Court for the Western District of North Carolina in the subject case is **GRANTED**.

This __7th__ day of __October__, __2005__

_____[signature]_____

\*\*\*

**NAME OF PETITIONER:** __John C. Bonnie__

**Business Address:** __Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC__
Firm/Business Name

__950 East Paces Ferry Road, Suite 3000__
Street Address

Street Address (con't) | __Atlanta__ City | __Georgia__ State | __30326__ Zip

__Same as above__
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

__(404) 876-2700__
Telephone Number (w/area code)

__067540__
Georgia Bar Number