IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMERICAN CASUALTY COMPANY OF READING, PA, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : CIVIL ACTION FILE<br>: NO. 3:04-CV-203 |
| CHOATE CONSTRUCTION COMPANY, TC ARROWPOINT, L.P. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | :<br>:<br>:<br>:<br>: |
| Defendants. | :<br>: |

**ORDER OF DISMISSAL**

IT APPEARING to the Court that the affected parties have consented hereto, pursuant to Fed. R. Civ. P. 41(a)(ii), it is

HEREBY ORDERED that, to the extent that the Plaintiff's Complaint, as amended, sets forth any claims against Defendant, TC Arrowpoint, L.P., said claims and TC Arrowpoint, L.P., as a party, shall be, and the same hereby are, DISMISSED WITH PREJUDICE; it is

FURTHER ORDERED that, to the extent that the Plaintiff's Complaint, as amended, sets forth any claims against Defendants, Choate Construction Company

and National Union Fire Insurance Company of Pittsburgh, PA, said claims and this action, Case No. 3:04-CV-203, shall be, and the same hereby are, DISMISSED WITHOUT PREJUDICE.

Signed: March 27, 2006

David C. Keesler
United States Magistrate Judge